UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| TIMOTHY MURPHY,<br><br>Plaintiff,<br><br>v.<br><br>HEIDI WASHINGTON, *et al.*,<br><br>Defendants. | Case No. 24-cv-10945<br>Honorable Susan K. DeClercq<br>Magistrate Judge Elizabeth A. Stafford |

**ORDER GRANTING PLAINTIFF'S MOTION
FOR SERVICE OF PROCESS BY THE U.S. MARSHALS AND
DIRECTING PLAINTIFF TO COMPLETE SERVICE DOCUMENTS
(ECF NO. 28)**

Plaintiff Timothy Murphy, a pro se prisoner, brings this case under 42 U.S.C. § 1983, alleging that defendants were deliberately indifferent to his medical needs in violation of the Eighth Amendment.  ECF No. 1.  The Honorable Susan K. DeClercq referred the case to the undersigned to resolve all pretrial matters under 28 U.S.C. § 636(b)(1).  ECF No. 27.

The case was dismissed in May 2024, and the Sixth Circuit remanded the action in August 2025.  ECF No. 11; ECF No. 18.  On remand, Murphy requested leave to proceed in forma pauperis (IFP), and Judge DeClercq granted the application.  ECF No. 24; ECF No. 26.  The

order granting IFP status stated that Murphy, "having waived service by the United States Marshal, is ordered to serve the summons with a copy of the complaint on the defendant(s)."  ECF No. 26.

Murphy moves for service by the United States Marshal Service (USMS), noting that he made the request before the case was dismissed. ECF No. 28 (citing ECF No. 10).  When "a plaintiff is proceeding *in forma pauperis*, the district court must bear the responsibility for issuing the plaintiff's process to a United States Marshal's Office, who must effect service upon the defendants once the plaintiff has properly identified the defendants in the complaint."  *Spencer v. Bynum*, No. 13-13056, 2013 WL 4041870, at *2 (E.D. Mich. Aug. 8, 2013); *see also* 28 U.S.C. § 1915(d) (when a plaintiff proceeds IFP, "[t]he officers of the court shall issue and serve all process").

Murphy is also incarcerated.  The USMS is used to effect service in prisoner litigation for two reasons: (1) the security risks inherent in providing prisoners with the addresses of government officials, and (2) the difficultly that prisoners have in accessing information through the government.  *VanDiver v. Martin*, 304 F. Supp. 2d 934, 939 (E.D. Mich. 2004).

The Court thus **GRANTS** Murphy's motion for service of process by the USMS.

To facilitate that service, the Court **ORDERS** Murphy to complete and present to the Clerk's Office the following documents to effect service in this case within fourteen (14) days of the date of this Notice:

• One (1) copy of the complaint for each defendant;

• Two (2) USM 285 forms for each defendant;

• Three (3) summonses for each defendant.

**IT IS FURTHER ORDERED** that the Clerk is directed to process this case for service upon receipt of the properly completed documents listed above; and the U.S. Marshal is directed to serve a copy of the complaint, summons and this order upon each defendant named in the complaint without prepayment of the usual costs for such service.  **IT IS FURTHER ORDERED** that Murphy file with the Court a signed U.S. Postal Service Certified Mail receipt – green card (PS Form 3811) after service is completed, to show proof of service of process

s/Elizabeth A. Stafford
ELIZABETH A. STAFFORD
United States Magistrate Judge

Dated: February 25, 2026

3

## NOTICE TO PARTIES ABOUT OBJECTIONS

Within 14 days of being served with this order, any party may file objections with the assigned district judge.  Fed. R. Civ. P. 72(a).  The district judge may sustain an objection only if the order is clearly erroneous or contrary to law.  28 U.S.C. § 636.  **"When an objection is filed to a magistrate judge's ruling on a non-dispositive motion, the ruling remains in full force and effect unless and until it is stayed by the magistrate judge or a district judge."**  E.D. Mich. LR 72.2.

## CERTIFICATE OF SERVICE

The undersigned certifies that this document was served on counsel of record and any unrepresented parties via the Court's ECF System to their email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on February 25, 2026.

s/Davon Allen
DAVON ALLEN
Case Manager

4