UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TIMOTHY MURPHY,

Plaintiff,

v.

HEIDI WASHINGTON, *et al.*,

Defendants.

Case No. 24-cv-10945
Honorable Susan K. DeClercq
Magistrate Judge Elizabeth A. Stafford

---

**ORDER GRANTING PLAINTIFF'S MOTION
FOR MORE TIME TO COMPLETE SERVICE DOCUMENTS
(ECF NO. 30)**

---

Plaintiff Timothy Murphy, a pro se prisoner, brings this case under 42 U.S.C. § 1983, alleging that defendants were deliberately indifferent to his medical needs in violation of the Eighth Amendment.  ECF No. 1.  The Honorable Susan K. DeClercq referred the case to the undersigned to resolve all pretrial matters under 28 U.S.C. § 636(b)(1).  ECF No. 27.

The Court recently granted Murphy's motion for service of process by the U.S. Marshals Service and ordered him to complete two USM 285 forms for each defendant within 14 days, along with other documents.  ECF No. 29.  Murphy moves for 30 more days to prepare those documents, as he must request copies of the USM 285 forms from the Clerk's Office.  ECF

No. 30.  The Court **GRANTS** Murphy's motion for more time and requires that the service documents listed in the Court's last order be completed by **April 7, 2026**.

s/Elizabeth A. Stafford
ELIZABETH A. STAFFORD
United States Magistrate Judge

Dated: March 11, 2026

## NOTICE TO PARTIES ABOUT OBJECTIONS

Within 14 days of being served with this order, any party may file objections with the assigned district judge.  Fed. R. Civ. P. 72(a).  The district judge may sustain an objection only if the order is clearly erroneous or contrary to law.  28 U.S.C. § 636.  **"When an objection is filed to a magistrate judge's ruling on a non-dispositive motion, the ruling remains in full force and effect unless and until it is stayed by the magistrate judge or a district judge."**  E.D. Mich. LR 72.2.

## CERTIFICATE OF SERVICE

The undersigned certifies that this document was served on counsel of record and any unrepresented parties via the Court's ECF System to their email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on March 11, 2026.

s/Caitlin Shrum
CAITLIN SHRUM
Case Manager
